**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-------------------------------------------------------X
In re:                                        :
                                              :
SMS PROMOTIONS, LLC,                          :        CHAPTER 11
                                              :
                    Debtor                    :        CASE NO. 15-20901(AHWS)
-------------------------------------------------------X
```

## DISCLOSURE PURSUANT TO 11 U.S.C. §1116

SMS Promotions, LLC (the "Debtor"), the debtor and debtor-in-possession, pursuant

to 11 U.S.C. § 1116, hereby submits (appended hereto as **Exhibit A**) the Debtor's most

recently filed Federal income tax return, statement of assets, liabilities and shareholder's

equity, statement of revenue and expenses and the most recent cash flow report.

SMS Promotions, LLC

Dated: June 18, 2015          BY: /s/ Curtis J. Jackson, III
                                  Curtis J. Jackson, III
                                  Duly Authorized

EXHIBIT A

# SMS PROMOTIONS, LLC
## STATEMENT OF ASSETS, LIABILITIES & SHAREHOLDER'S EQUITY
### AS OF MAY 31, 2015

### ASSETS

| | | | |
|---|---|---|---|
| CURRENT ASSETS | | | |
| CITY NATIONAL CHECKING | $ | 4,935.70 | |
| PETTY CASH | | 8,920.00 | |
| TOTAL CURRENT ASSETS | | | 13,855.70 |
| | | | |
| INVESTMENT IN REAL PROPERTY AND EQUIPMENT | | | |
| GYM EQUIPMENT | | 223,440.54 | |
| LEASEHOLD IMPROVEMENTS | | 316,964.01 | |
| ACCUMULATED DEPRECIATION | | (325,946.00) | |
| TOTAL INVESTMENT IN REAL PROPERTY | | | 214,458.55 |
| | | | |
| TOTAL ASSETS | | $ | 228,314.25 |

### LIABILITIES

| | | | |
|---|---|---|---|
| CURRENT LIABILITIES | | | |
| DUE TO AFFILIATES | $ | 2,104,493.88 | |
| TOTAL LIABILITIES | | | 2,104,493.88 |

### CAPITAL

| | | | |
|---|---|---|---|
| RETAINED EARNINGS | | (1,955,372.93) | |
| NET INCOME <LOSS> YEAR-TO-DATE | | 79,193.30 | |
| TOTAL CAPITAL | | | (1,876,179.63) |
| | | | |
| TOTAL LIABILITES & STOCKHOLDER'S DEFICIT | | $ | 228,314.25 |

COMPILED FROM BOOKS WITHOUT AUDIT

# SMS PROMOTIONS, LLC
## STATEMENT OF REVENUE & EXPENSES
FOR THE 5 MONTHS ENDED MAY 31, 2015

|  | Year-to-date through 05/31/15 |
|---|---:|
| **INCOME FROM PROFESSION** | |
| FEES | $ 311,590.00 |
| TOTAL INCOME FROM PROFESSION | 311,590.00 |
| | |
| **PROFESSIONAL EXPENSES** | |
| AIR FARE | 23,606.17 |
| ARTWORK | 1,600.00 |
| AUTO EXPENSES | 34.00 |
| COMPUTER COSTS | 28.93 |
| ENTERTAINMENT | 190.40 |
| FILING FEES & DOCUMENTS | 145.00 |
| HOTEL | 3,983.04 |
| INSURANCE-GENERAL LIABILITY | 4,176.00 |
| LEGAL FEES AND EXPENSES | 10,921.00 |
| LOCAL TRANSPORTATION | 2,273.73 |
| OFFICE SUPPLIES AND EXPENSES | 30.72 |
| OUTSIDE SERVICES | 115,755.00 |
| PER DIEMS | 1,440.00 |
| PRODUCTION COST | 704.40 |
| PROMOTION | 20,300.00 |
| PUBLIC RELATIONS | 10,000.00 |
| RENT | 29,563.80 |
| REPAIRS & MAINTENANCE | 458.00 |
| SECURITY AND PROTECTION | 1,520.00 |
| TAXES-LICENSES, PERMITS & MISC | 748.75 |
| TELEPHONE | 607.94 |
| TRAVEL | 57.83 |
| UTILITIES | 2,411.72 |
| WARDROBE | 1,840.27 |
| TOTAL PROFESSIONAL EXPENSES | 232,396.70 |
| NET INCOME FROM PROFESSION | 79,193.30 |
| | |
| NET INCOME <LOSS> | $ 79,193.30 |

COMPILED FROM BOOKS WITHOUT AUDIT

# SMS PROMOTIONS, LLC
## CASH FLOW REPORT
FROM JANUARY 1, 2015 THROUGH MAY 31, 2015

CHECKING ACCT   1 CITY NATIONAL -       ¹4562

| -DATE- | REF# | PAYEE/RECEIVED FROM | NET AMOUNT |
|---|---|---|---|
| OPENING BALANCE | | | $ 788.94 |
| | | | |
| **RECEIPTS** | | | |
| | | | |
| 01-14-15 | 33 | CURTIS JACKSON, LOAN - 01/14/15 | 10,000.00 |
| 02-03-15 | 34 | CURTIS JACKSON, TRANSFER | 15,000.00 |
| 02-26-15 | 35 | CURTIS JACKSON, LOAN | 10,000.00 |
| 03-25-15 | 36 | CURTIS JACKSON, LOAN. | 10,000.00 |
| 04-10-15 | 37 | CURTIS JACKSON, LOAN | 30,000.00 |
| 04-10-15 | 38 | CURTIS JACKSON, LOAN | 5,000.00 |
| 04-27-15 | 39 | CURTIS JACKSON, LOAN - 4/27/15 | 10,000.00 |
| 05-07-15 | 40 | CURTIS JACKSON, LOAN - 5/7/15 | 10,000.00 |
| 05-12-15 | 1:13 | GOLDEN BOY PROMOTIONS LLC, KIRLAND FIGHT PROCEEDS | 293,352.00 |
| 05-22-15 | 41 | CASH, ESPN FIGHT NIGHT CASH DEPOSIT (IN NY BY MONIQUE) | 11,590.00 |
| TOTAL RECEIPTS | | | 404,942.00 |
| | | | |
| | | | |
| **DISBURSEMENTS** | | | |
| | | | |
| 01-15-15 | W77 | YVETTE GAYLE DBA THE SITOTA COLLECTION OR GCC AG, INV# 01132015 - 01/13/14 MONTHLY CONSULTING SERVICES FEBRUARY 2015 | 2,500.00 |
| 01-22-15 | 1221 | CENTURYLINK, (702)891-5476 & (702)891-5475 1/8/15-2/7/15 ACCT#431212123 - 1/8/15 | 1.40 |
| 01-22-15 | 1222 | WATER DISTRICT, 3460 CAVARETTA CT ACCT# 8249255763-0 B/P: 12/12/14 - 01/12/15 | 36.40 |
| 01-27-15 | 1223 | NV ENERGY, ACCT#3000300358018754362 RE:3460 CAVARETTA CT.,#B 12/9/14-1/9/15 | 65.26 |
| 01-27-15 | 1224 | NV ENERGY, RE: 3460 CAVARETTA CT. ACCT#30003003508016745925 12/09/14 - 01/09/15 | 122.25 |
| 01-27-15 | 1225 | JACK M. WOODCOCK, 3460 CAVARETTA COURT VEGAS GYM FEBRUARY 2015 | 7,390.95 |
| 02-05-15 | 1227 | CASH, RYAN MARTIN FIGHT PER DIEMS + CAB FEES | 580.00 |
| 02-05-15 | 1228 | RYAN MARTIN, RYAN MARTIN FIGHT HIDALGO, TX 2/7/15 | 3,000.00 |
| 02-05-15 | W78 | SEAN GIBBONS, CARLOS VALENZUELA FIGHT + EXPENSES | 4,640.00 |
| 02-13-15 | 1229 | NYS FILING FEE, FEIN 46-1126889 2014 FILING FEE NYS IT-204-LL | 25.00 |
| 02-18-15 | 1230 | CENTURYLINK, (702)891-5476 & (702)891-5475 BILL PERIOD: 2/8/15 | 149.05 |
| 02-18-15 | 1231 | NV ENERGY, 3460 CAVARETTA CT, UNIT B BILL | |

# SMS PROMOTIONS, LLC
## CASH FLOW REPORT
### FROM JANUARY 1, 2015 THROUGH MAY 31, 2015

CHECKING ACCT  1 CITY NATIONAL -        4562

| -DATE- | REF# | PAYEE/RECEIVED FROM | NET AMOUNT |
|---|---|---|---|
| | | PERIOD: 1/9/15-2/9/15 | 70.42 |
| 02-18-15 | W79 | DANIEL HINCHCLIFFE, INV #1 1/22/15 INSTALL LAMPS | 458.00 |
| 02-20-15 | W80 | YVETTE GAYLE DBA THE SITOTA COLLECTION OR GCC AG, INV #21715 2/17/15 MONTHLY CONSULTING SERVICES | 2,500.00 |
| 02-24-15 | 1232 | NV ENERGY, 3460 CAVARETTA COURT SERVICE PERIOD: 1/9/15-2/9/15 | 212.10 |
| 02-25-15 | 1233 | JACK M. WOODCOCK, 3460 CAVARETTA COURT VEGAS GYM MARCH 2015 | 6,895.95 |
| 02-25-15 | 1234 | WATER DISTRICT, 3460 CAVARETTA CT BILL PERIOD: 1/13/15-2/10/15 | 33.42 |
| 03-03-15 | 1235 | JACK M. WOODCOCK, 3460 CAVARETTA COURT VEGAS GYM | 495.00 |
| 03-13-15 | 1236 | CENTURYLINK, (702)891-5476 & (702)891-5475 BILL PERIOD: 3/8/15-4/7/15 | 149.05 |
| 03-13-15 | 1237 | GSO BUSINESS MANAGEMENT, LLC, P/E: 1/31/15 | 2.40 |
| 03-16-15 | 1238 | NV ENERGY, 3460 CAVARETTA COURT SERVICE PERIOD: 2/9/15-3/11/15 | 255.67 |
| 03-16-15 | 1239 | NV ENERGY, 3460 CAVARETTA CT, UNIT B BILL PERIOD: 2/9/15-3/11/15 | 75.21 |
| 03-16-15 | W81 | YVETTE GAYLE DBA THE SITOTA COLLECTION OR GCC AG, INV #03102015 3/12/15 MONTHLY CONSULTING SERVICES | 2,500.00 |
| 03-19-15 | 1240 | CLARK COUNTY DEPT OF BUSINESS LICENSE, 3460 CAVARETTA COURT BUSINESS LICENSE RENEWAL | 295.00 |
| 03-19-15 | 1241 | FLORIDA DEPARTMENT OF STATE, 2015 ANNUAL REPORT DOCUMENT #M12000005961 | 138.75 |
| 03-25-15 | 1242 | WATER DISTRICT, 3460 CAVARETTA CT BILL PERIOD: 2/11/15-3/11/15 | 33.42 |
| 03-26-15 | 1243 | JACK M. WOODCOCK, 3460 CAVARETTA COURT VEGAS GYM APRIL 2015 | 7,390.95 |
| 03-30-15 | 1244 | JOELL PERALTA, INV #1 3/26/15 RE: EDITING FOOTAGE | 300.00 |
| 04-02-15 | 1245 | GSO BUSINESS MANAGEMENT, LLC, P/E: 12/31/14 | 1.44 |
| 04-10-15 | W82 | TIM VANNEWHOUSE, PER DIEMS - PUERTO RICO 4/11/15 | 640.00 |
| 04-10-15 | W83 | BILAL DIB, TRANSFER | 20,000.00 |
| 04-13-15 | W84 | THE BROTHERS ENTERTAINMENT LLC, RE: PURSES AND LICENSE FEE PUERTO RICO - 4/11/15 | 9,120.00 |
| 04-21-15 | 1249 | CENTURYLINK, (702)891-5476 & (702)891-5475 4/8/15-5/7/15 | 149.22 |
| 04-21-15 | 1250 | WATER DISTRICT, ACCT#8249255763-0 - 4/14/15 3/12/15-4/13/15 RE:3460 CAVARETTA CT | 38.04 |
| 04-23-15 | W85 | YVETTE GAYLE DBA THE SITOTA COLLECTION OR GCC AG, INV#04212015 - 4/21/15 CONSULTING SVCS | 2,500.00 |
| 04-27-15 | 1251 | JACK M. WOODCOCK, 3460 CAVARETTA COURT VEGAS | |

# SMS PROMOTIONS, LLC
## CASH FLOW REPORT
### FROM JANUARY 1, 2015 THROUGH MAY 31, 2015

CHECKING ACCT 1 CITY NATIONAL - 4562

| -DATE- | REF# | PAYEE/RECEIVED FROM | NET AMOUNT |
|---|---|---|---|
| | | GYM MAY 2015 | 7,390.95 |
| 04-27-15 | 1252 | NV ENERGY, 3460 CAVARETTA COURT 3/11/15-4/10/15 | 332.54 |
| 04-27-15 | 1253 | NV ENERGY, 3460 CAVARETTA CT, UNIT B 3/11/15-4/10/15 PREMISES#1875436 | 107.44 |
| 04-27-15 | 1254 | TREASURER, STATE OF CONNECTICUT, RE:ESPN FRIDAY NIGHT FIGHT 5/15/15 | 315.00 |
| 05-01-15 | W86 | CASH, FLOAT FOR TEXAS FIGHT | 2,000.00 |
| 05-07-15 | 1256 | RYAN MARTIN, 5/9/15 | 3,000.00 |
| 05-08-15 | W87 | GAGLIARDI INSURANCE SERVICE, INSURANCE - 5/15 EVENT FIGHT INSURANCE - EXPEDITE FEE | 3,676.00 |
| 05-11-15 | W88 | ERIN MCSHERRY, INV#467 - 5/5/15 RE:HOUSTON BOXING PRESS DATES | 1,840.27 |
| 05-12-15 | W89 | CASH, CASH - 5/12/15 | 5,000.00 |
| 05-12-15 | W90 | KELLEE HUNTER, INV#0000032 - 5/11/15 POSTER ART/INSTAGRAM FLYER | 1,600.00 |
| 05-13-15 | 1257 | GORDON & REES LLP, INV 1088904 10/15/14 RE: MARK DAVIS AGREEMENT THROUGH 9/30/14 INV #20232911 10/15/14 RE: JAMES KIRKLAND INV #2023917 10/15/14 RE: GENERAL CORPORATE INV#20238629 - 11/13/14 RE: JAMES KIRKLAND SVCS RENDERED THROUGH 10/31/14 INV#20238633 - 11/13/14 RE: GENERAL CORPORATE SVCS RENDERED THROUGH 10/31/14 INV 20247484 1/9/15 RE: JAMES KIRKLAND THROUGH 12/31/14 | 10,921.00 |
| 05-14-15 | 1258 | CURTIS JACKSON, LOAN - 5/13/15 LOAN - 5/13/15 | 200,000.00 |
| 05-14-15 | W91 | TIM VANNEWHOUSE, REIMB FOR RUSS ANBER FLIGHT HOUSTON 5/7-5/10 | 650.00 |
| 05-15-15 | 1259 | LOCKTON INSURANCE BROKERS, LLC, INV#4642876 - 5/12/15 POL#41293197 5/15/15-5/15/16 | 500.00 |
| 05-15-15 | 20077 | MICHAEL ORTEGA, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 300.00 |
| 05-15-15 | 20078 | DANIEL SCHAIVONE, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 300.00 |
| 05-15-15 | 20079 | GLENN FELDMAN, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 300.00 |
| 05-15-15 | 20080 | BILL MORANDE, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 300.00 |
| 05-15-15 | 20081 | RICHARD FLAHERTY, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 300.00 |
| 05-15-15 | 20082 | DON TRELLA, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 300.00 |
| 05-15-15 | 20083 | BILL MAXEINER, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 175.00 |
| 05-15-15 | 20084 | MICHAEL SCHWARTZ, EPSN FRIDAY NIGHT FIGHTS | |

# SMS PROMOTIONS, LLC
## CASH FLOW REPORT
### FROM JANUARY 1, 2015 THROUGH MAY 31, 2015

CHECKING ACCT  1 CITY NATIONAL -      ¡4562

| -DATE- | REF# | PAYEE/RECEIVED FROM | NET AMOUNT |
|--------|------|---------------------|-----------|
| | | 5/15/15 - CT CONVENTION CTR | 1,250.00 |
| 05-15-15 | 20085 | LUCIEN PARRILLO, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 450.00 |
| 05-15-15 | 20086 | CORY EDGAR, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 650.00 |
| 05-15-15 | 20087 | KIM BAKER, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 150.00 |
| 05-15-15 | 20088 | JAY WILLIAMS, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 2,940.00 |
| 05-15-15 | 20089 | WILLIAM FOSTER, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 940.00 |
| 05-15-15 | 20090 | DAUREN YELEUSSINOV, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 3,910.00 |
| 05-15-15 | 20091 | GILVAN SANTOS, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 1,110.00 |
| 05-15-15 | 20092 | CHRISTOPHER GALEANO, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 1,880.00 |
| 05-15-15 | 20093 | YUSMAN ABREU, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 3,410.00 |
| 05-15-15 | 20094 | YUSMAN ABREU, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 500.00 |
| 05-15-15 | 20095 | IVAN GOLUB, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 5,910.00 |
| 05-15-15 | 20096 | HENRY BECKFORD, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 4,880.00 |
| 05-15-15 | 20097 | LUIS ROSA, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 9,910.00 |
| 05-15-15 | 20099 | DIBELLA ENTERTAINMENT, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 35,850.00 |
| 05-15-15 | 20100 | RAYNELLO MGMT INC, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 3,910.00 |
| 05-15-15 | 20101 | CURTIS MORTON, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 1,610.00 |
| 05-15-15 | 20102 | JAIR RAMOS, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 970.00 |
| 05-15-15 | 20103 | CHARLES FOSTER, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 1,140.00 |
| 05-15-15 | 20104 | JOE GARDNER, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 3,500.00 |
| 05-15-15 | 20105 | ALBERTO CANDELARIA, EPSN FRIDAY NIGHT FIGHTS 5/15/15 - CT CONVENTION CTR | 1,170.00 |
| 05-18-15 | 20106 | IAN JAMES, ESPN FIGHT NIGHT 5/15/15 | 2,140.00 |
| 05-19-15 | 1260 | CENTURYLINK, (702)891-5476 & (702)891-5475 5/8/15-6/7/15 | 149.22 |
| 05-19-15 | 1261 | WATER DISTRICT, ACCT#8249255763-0 - 5/13/15 RE:3460 CAVARETTA CT MONTH 4/14/15-5/7/15 | 27.67 |
| 05-20-15 | 1262 | GSO BUSINESS MANAGEMENT, LLC, INV#B0215.4167 | |

# SMS PROMOTIONS, LLC
## CASH FLOW REPORT
### FROM JANUARY 1, 2015 THROUGH MAY 31, 2015

CHECKING ACCT   1 CITY NATIONAL -        4562

| -DATE- | REF# | PAYEE/RECEIVED FROM | NET AMOUNT |
|--------|------|---------------------|-----------|
| | | CLIENT#4167 FEBRUARY 2015 | |
| | | INV#B0315.4167 MARCH 2015 CLEINT#4167 | 26.88 |
| 05-20-15 | 1263 | ANGEL MARTINEZ, REIMBURSED EXPENSES | |
| | | 4/8/15-4/25/15 | 338.92 |
| TOTAL DISBURSEMENTS | | | 400,795.24 |
| | | | |
| ENDING BALANCE | | | $ 4,935.70 |

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

**Profit or Loss From Business**
(Sole Proprietorship)

►For information on Schedule C and its instructions, go to *www.irs.gov/schedulec.*
►Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2013**

Attachment
Sequence No.  09

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |

**A** Principal business or profession, including product or service (see instructions)
BOXING PROMOTIONS

**B** Enter code from instructions
► 711300

**C** Business name. If no separate business name, leave blank.
SMS PROMOTIONS, LLC

**D** Employer ID number (EIN), (see instrs)
6889

**E** Business address (including suite or room no.) ►

City, town or post office, state, and ZIP code

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2013? If 'No,' see instructions for limit on losses.   [X] Yes  [ ] No

**H** If you started or acquired this business during 2013, check here .................................................... ► [ ]

**I** Did you make any payments in 2013 that would require you to file Form(s) 1099? (see instructions)..................... [X] Yes  [ ] No

**J** If 'Yes,' did you or will you file all required Forms 1099?....................................................... [X] Yes  [ ] No

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked .......................... ► [ ] | 1 | 979,181. |
| 2 | Returns and allowances................................................................... | 2 | |
| 3 | Subtract line 2 from line 1................................................................ | 3 | 979,181. |
| 4 | Cost of goods sold (from line 42) ......................................................... | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3................................................ | 5 | 979,181. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)......................................................................... | 6 | |
| 7 | **Gross income.** Add lines 5 and 6...................................................... ► | 7 | 979,181. |

**Part II   Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising................... | 8 | 16,255. | 18 | Office expense (see instructions)........ | 18 | 252. |
| 9 | Car and truck expenses (see instructions)............. | 9 | | 19 | Pension and profit-sharing plans........ | 19 | |
| 10 | Commissions and fees......... | 10 | 11,531. | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions)............. | 11 | | a | Vehicles, machinery, and equipment .... | 20a | |
| 12 | Depletion.................... | 12 | | b | Other business property............. | 20b | 90,651. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)............. | 13 | 249,246. | 21 | Repairs and maintenance............. | 21 | 640. |
| | | | | 22 | Supplies (not included in Part III)........ | 22 | |
| | | | | 23 | Taxes and licenses................. | 23 | 1,255. |
| 14 | Employee benefit programs (other than on line 19)......... | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel............................. | 24a | 3,677. |
| 15 | Insurance (other than health)... | 15 | 28,832. | b | Deductible meals and entertainment (see instructions)................... | 24b | 1,365. |
| 16 | Interest: | | | 25 | Utilities............................. | 25 | 6,162. |
| a | Mortgage (paid to banks, etc).......... | 16a | | 26 | Wages (less employment credits)....... | 26 | |
| b | Other........................ | 16b | | 27a | Other expenses (from line 48).......... | 27a | 1,440,920. |
| 17 | Legal & professional services... | 17 | 187,838. | b | Reserved for future use............... | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a...................... ► | 28 | 2,038,624. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7..................................................... | 29 | -1,059,443. |
| 30 | Expenses for business use of your home. Do not report such expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30................................ | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | -1,059,443. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the instructions for line 31). Estates and trusts, enter on **Form 1041, line 3.**

32a [X] All investment is at risk.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32b [ ] Some investment is not at risk.

**BAA   For Paperwork Reduction Act Notice, see the separate instructions.**       FDIZ0112L  10/29/13       Schedule C (Form 1040) 2013

Schedule C (Form 1040) 2013                                                                                     Page 2

**Part III   Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If 'Yes,' attach explanation ..................................................................................... ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38 | Materials and supplies | 38 |
| 39 | Other costs | 39 |
| 40 | Add lines 35 through 39 | 40 |
| 41 | Inventory at end of year | 41 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 |

**Part IV   Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ► _____ .

44  Of the total number of miles you drove your vehicle during 2013, enter the number of miles you used your vehicle for:

a Business _____   b Commuting (see instructions) _____   c Other _____

45  Was your vehicle available for personal use during off-duty hours? .................................. ☐ Yes ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ............................ ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ...................................................... ☐ Yes ☐ No

b  If 'Yes,' is the evidence written? ....................................................................... ☐ Yes ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

SEE STATEMENT 13

| | |
|---|---|
| 48  Total other expenses. Enter here and on line 27a | 48 | 1,440,920. |

Schedule C (Form 1040) 2013

FDIZ0112L  10/29/13

| 2013 | FEDERAL STATEMENTS | PAGE 4 |
|---|---|---|

CLIENT 4133

**STATEMENT 11 (CONTINUED)**
**SCHEDULE B, LINE 1**
**INTEREST INCOME**

**STATEMENT 12 - ENTERTAINER**
**SCHEDULE C, PART V**
**OTHER EXPENSES**

**STATEMENT 13 - BOXING PROMOTIONS**
**SCHEDULE C, PART V**
**OTHER EXPENSES**

| | |
|---|---:|
| BANK CHARGES | $ 3,109. |
| EVENT EXPENSE | 122,216. |
| LICENSES & PERMITS | 23,080. |
| OUTSIDE SERVICES | 248,353. |
| PHOTOGRAPHY | 1,500. |
| POSTAGE | 444. |
| PRODUCTION EXPENSES | 18,547. |
| PROFESSIONAL SERVICES | 17,168. |
| PROMOTION | 961,227. |
| PUBLIC RELATIONS | 22,266. |
| SECURITY | 2,088. |
| SOUND EXPENSES | 3,000. |
| SPECIAL APPEARANCE EXPENSE | 5,035. |
| TELEPHONE | 126. |
| TRAVEL - AIRFARE | 9,269. |
| TRAVEL - HOTEL | 2,132. |
| TRAVEL - LOCAL TRANSPORTATION | 1,360. |
| TOTAL | $ 1,440,920. |