## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: | Chapter 11 |
| SMS PROMOTIONS, LLC | Case No. 15-20901 AMN |
| Debtor. | |

## ORDER DIRECTING DEBTOR
## TO ASSUME OR REJECT EXECUTORY CONTRACT

Upon review of the Motion of Ryan Martin (the "Motion") pursuant to Section 365(d)(2)

of the United States Bankruptcy Code, seeking an order of the court compelling the Debtor, SMS

Promotions, LLC, to assume or reject the executory contract, known as the Promotional Rights

Agreement, by and between Mr. Martin and the Debtor dated September 3, 2013 (the

"Contract") and good cause appearing therefor,

IT IS HEREBY ORDERED:

1.    That the Motion is approved;

2.    That the Debtor shall move to assume or reject the Contract by October 30, 2015; and

3.    Should the Debtor fail to file a Motion to Assume or Reject the Contract by end of business on October 31, 2015, the Contract shall be deemed rejected.